```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ARNOLD BROWN, et al.,                                          JUDGMENT
                                                               14-CV- 2700 (BMC)
                        Plaintiffs,

        -against-

THE CITY OF NEW YORK and JARED FOX,
JOSEPH GULOTTA, ERNEST KENNER,
EVAN NIELSON, PATRICK QUINLAN,
BEATRICE SHAFIDIYA, GEORGE
TAVARES, PHILIP WILLIAMS, FREDERICK
VANPELF, and DOES 12-14, individually and
in their official capacities,

                        Defendants.
-------------------------------------------------------------X
```

An Order of Honorable Brian M. Cogan, United States District Judge, having been filed on December 31, 2014, granting Defendants' motion for summary judgment; and denying Plaintiffs' motion for partial summary judgment; and a Memorandum and Opinion of Honorable Brian M. Cogan, United States District Judge, having been filed on February 2, 2015, directing the Clerk of Court to enter judgment in favor of Defendants, dismissing the complaint; it is

ORDERED and ADJUDGED that Defendants' motion for summary judgment is granted; that Plaintiffs' motion for partial summary judgment is denied; and that judgment is hereby entered in favor of Defendants, The City of New York and Jared Fox, Joseph Gulotta, Ernest Kenner, Evan Nielson, Patrick Quinlan, Beatrice Shafidiya, George Tavares, Philip

**JUDGMENT** 14-CV-2700 (BMC)

Williams, and Frederick Vanpelf, dismissing the complaint.

| | |
|---|---|
| Dated: Brooklyn, New York<br>　　　February 02, 2015 | Douglas C. Palmer<br>Clerk of Court |
| | by:　*/s/ Janet Hamilton*<br>　　　Deputy Clerk |